# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1099**  **September Term, 2023**

FERC-CP22-493-000
FERC-CP22-493-001

**Filed On: July 1, 2024** [2062355]

Sierra Club and Appalachian Voices,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Tennessee Gas Pipeline Company, L.L.C., et al.,

    Intervenors

------------------------------

Consolidated with 24-1198

## O R D E R

Upon consideration of the May 30, 2024 motion to extend time to file the certified index to the record and the opposition thereto; the motion to establish a briefing schedule and the oppositions thereto; and the June 14, 2024 motion to extend time to file the certified index to the record, the response thereto, and the reply, it is

**ORDERED** that, in the event the Federal Energy Regulatory Commission (Commission) receives no applications for rehearing of its June 7, 2024 Order on Rehearing, the Commission file in this court the Certified Index to the Record by July 17, 2024. In the event that applications for rehearing are filed with the Commission, the parties are instead directed to file motions to govern future proceedings by July 17, 2024.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                                BY:    /s/
                                            Louis Karl Fisher
                                            Deputy Clerk